**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

DIANA ROHRER, Individually and        )
DIANA ROHRER and DAWN                 )
CUBBERNUSS as co-Administrators of    )
The ESTATE OF DANIEL RICHARD          )
ROHRER, Deceased,                     )
                                      )
                Plaintiffs,           )
                                      )
v.                                    )        CAUSE NO.:  3:12-CV-00749-JTM-CAN
                                      )
NEW ENGLAND COMPOUNDING               )
PHARMACY, INC., aka NEW ENGLAND       )
COMPOUNDING CENTER, AMERIDOSE)
LLC, ALAUNUS PHARMACEUTICAL           )
LLC, BARRY CADDEN, individually,      )
LISA CADDEN, individually, and        )
GREGORY CONIGLIARO,  individually,    )
                                      )
                Defendants.           )

**NOTICE OF STAY BY REASON OF BANKRUPTCY**

The defendant, New England Compounding Pharmacy, Inc. d/b/a New England Compounding Center ("NECC"), hereby notifies the Court that NECC filed a voluntary petition under Chapter 11 of Title 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Massachusetts (Eastern Division) No. 12-19882-HJB. Pursuant to 11 U.S.C. § 362(a), all actions against NECC are stayed.

LEWIS WAGNER LLP

By:   _/s/ Dina M. Cox_
DINA M. COX, #18590-49
KAMEELAH SHAHEED-DIALLO, #28058-49
ROBERT M. BAKER IV, #25471-49
*Attorneys for Defendant, New England*
*Compounding Pharmacy, Inc.*

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been filed with the Clerk of the Court on December 27, 2012 using the CM/ECF system which sent notification of this filing to the following:

Richard W. Crowder
211 S Third St
Goshen IN 46526

_/s/ Dina M. Cox_
DINA M. COX

LEWIS WAGNER, LLP
501 Indiana Avenue, Suite 200
Indianapolis, IN  46202-6150
Telephone:     (317) 237-0500
Facsimile:     (317) 630-2790
dcox@lewiswagner.com
Q:\NECC\9 - Rohrer\Federal Court Pleadings\Notice of Stay_Bankruptcy.doc