UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| DIANA ROHRER, Individually and DIANA ROHRER and DAWN CUBBERNUSS as co-Administrators of The ESTATE OF DANIEL RICHARD ROHRER, Deceased,<br><br>      Plaintiffs,<br><br>v.<br><br>NEW ENGLAND COMPOUNDING PHARMACY, INC., aka NEW ENGLAND COMPOUNDING CENTER, AMERIDOSE LLC, ALAUNUS PHARMACEUTICAL LLC, BARRY CADDEN, individually, LISA CADDEN, individually, and GREGORY CONIGLIARO, individually,<br><br>      Defendants. | CAUSE NO.:  3:12-cv-00749-JTM-CAN |

## DEFENDANT ALAUNUS PHARMACEUTICAL, LLC'S CORPORATE DISCLOSURE

Defendant Alaunus Pharmaceutical, LLC, by counsel, pursuant to Federal Rule of Civil Procedure 7.1, makes the following corporate disclosure:  Alaunus Pharmaceutical, LLC does not have any parent corporations and no publicly-held corporation owns 10% or more of Alaunus's stock.

LEWIS WAGNER LLP

By: /s/ Kameelah Shaheed-Diallo
DINA M. COX, #18590-49
KAMEELAH SHAHEED-DIALLO, #28058-49
ROBERT M. BAKER IV, #25471-49
*Attorneys for Defendants New England Compounding Pharmacy Inc., Alaunus Pharmaceutical, LLC; Barry Cadden; Lisa Cadden; and Gregory Conigliaro*

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been filed with the Clerk of the Court on January 4, 2013 using the CM/ECF system which sent notification of this filing to the following:

Richard W. Crowder
211 S Third St
Goshen IN 46526

/s/ Kameelah Shaheed-Diallo
KAMEELAH SHAHEED-DIALLO

LEWIS WAGNER, LLP
501 Indiana Avenue, Suite 200
Indianapolis, IN  46202
Phone: (317) 237-0500
FAX:   (317) 630-2790
kshaheed-diallo@lewiswagner.com
Q:\NECC\9 - Rohrer\CAPTION.doc