UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| DIANA ROHRER, Individually and DIANA ROHRER and DAWN CUBBERNUSS as Co-Administrators of the ESTATE OF DANIEL RICHARD ROHRER, Deceased,<br><br>  Plaintiffs,<br><br>  v.<br><br>NEW ENGLAND COMPOUNDING PHARMACY, INC. aka NEW ENGLAND COMPOUNDING CENTER, AMERIDOSE LLC, and ALAUNUS PHARMACEUTICAL, LLC, and BARRY CADDEN and LISA CADDEN, Individually, and GREGORY CONIGLIARO, Individually,<br><br>  Defendants. | Case No.: 3:12-cv-749 |

## APPEARANCE

To:   The Clerk of court and all parties of record

I, the below-signed, state that pursuant to N.D. Ind. L.R. 83-5(e), I have read and will abide by the Local Rules of the U.S. District Court for the Northern District of Indiana, including Appendix B: Standards for Professional Conduct Within the Seventh Federal Judicial Circuit. I declare under penalty of perjury that the foregoing is true and correct.

Enter my appearance as counsel in this case for Plaintiffs Diana Rohrer, Individually and Diana Rohrer and Dawn Cubbernuss as Co-Administrators of the Estate of Daniel Richard Rohrer, Deceased.

Date: January 14, 2013         Respectfully submitted:

                                PRICE WAICUKAUSKI & RILEY, LLC

                                _____
                                William N. Riley (#14941-49)

>301 Massachusetts Avenue
>Indianapolis, Indiana 46204
>(317) 633-8787
>(317) 633-8797 Fax
>E-Mail: wriley@price-law.com
>
>Counsel for Plaintiffs

### CERTIFICATE OF SERVICE

I hereby certify that an exact and true copy of the foregoing has been filed electronically on this 14th day of January, 2013. Notice of this filing will be sent to the following party by operation of the Court's electronic filing system. Parties may access this filing through the Court's system:

>Richard W. Crowder
>211 South Third Street
>Goshen, IN 46256
>crowderlaw@gmail.com
>
>Dina M. Cox
>Kameela Shaheed-Diallo
>Robert M. Baker, IV
>LEWIS WAGNER LLP
>501 Indiana Avenue, Suite 200
>Indianapolis, IN 46202-3199
>dcox@lewiswagner.com
>kshaheed-diallo@lewiswagner.com
>rbaker@lewiswagner.com

>_____
>William N. Riley