UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| DIANA ROHRER, Individually and DIANA ROHRER and DAWN CUBBERNUSS as Co-Administrators of the ESTATE OF DANIEL RICHARD ROHRER, Deceased,<br><br>Plaintiffs,<br><br>v.<br><br>NEW ENGLAND COMPOUNDING PHARMACY INC. aka NEW ENGLAND COMPOUNDING CENTER, et al.<br><br>Defendants. | CASE NO. 3:12-cv-00749-JTM-CAN<br><br>**NOTICE OF APPEARANCE** |

Please take notice that Knight S. Anderson of Tucker Ellis LLP hereby enters his appearance for Defendant Ameridose, LLC. Please note on the Docket and direct all future communications, pleadings, and court notices to the undersigned counsel.

Dated this 14th day of January, 2013

Respectfully submitted,

*s/ Knight S. Anderson*
Knight S. Anderson (17216-53)
Tucker Ellis LLP
925 Euclid Avenue, Suite 1150
Cleveland, OH 44115-1414
Tel:     216.592.5000
Fax:    216.592.5009
E-mail:   knight.anderson@tuckerellis.com

*Attorney for Defendant Ameridose LLC*

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been filed with the Clerk of the Court on January 14, 2013 using the ECF system that sent notification of this filing to all ECF-registered counsel of record via e-mail generated by the Court's ECF system.

*/s/Knight S. Anderson*
*Attorney for Defendant Ameridose, LLC*

1604248.1