UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| DIANA ROHRER, Individually and ) <br> DIANA ROHRER and DAWN ) <br> CUBBERNUSS as co-Administrators of ) <br> The ESTATE OF DANIEL RICHARD ) <br> ROHRER, Deceased, ) <br>                                                     ) <br>             Plaintiffs,                         ) <br>                                                     ) <br> v.                                                ) <br>                                                     ) <br> NEW ENGLAND COMPOUNDING ) <br> PHARMACY, INC., aka NEW ENGLAND ) <br> COMPOUNDING CENTER, AMERIDOSE) <br> LLC, ALAUNUS PHARMACEUTICAL ) <br> LLC, BARRY CADDEN, individually, ) <br> LISA CADDEN, individually, and   ) <br> GREGORY CONIGLIARO, individually, ) <br>                                                     ) <br>             Defendants.                   ) | CAUSE NO.:  3:12-cv-00749-JTM-CAN |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFFS' COMPLAINT**

Pursuant to L.R. 6.1, Defendants, Ameridose, LLC; Alaunus Pharmaceutical, LLC; Barry Cadden; Lisa Cadden; and Gregory Conigliaro (hereinafter "Defendants"), by counsel hereby move this Court for an extension of time to respond to Plaintiffs' Complaint, up to an including February 25, 2013.  Defendants' Answer is currently due January 25, 2013.

Plaintiffs' counsel has been consulted and has no objection to the requested extension.

WHEREFORE, Defendants, by counsel, pray for an Order allowing Defendants up to and including February 25, 2013 to respond to Plaintiffs' Complaint, and for all other relief just and proper in the premises.

LEWIS WAGNER LLP


 /s/ Kameelah Shaheed-Diallo
DINA M. COX, #18590-49
KAMEELAH SHAHEED-DIALLO, #28058-49
ROBERT M. BAKER IV, #25471-49
JANELLE P. KILIES, #30708-49
*Attorneys for Defendants Alaunus Pharmaceutical, LLC;*
*Barry Cadden; Lisa Cadden; and Gregory Conigliaro*


TUCKER ELLIS LLP


 /s/ Knight S. Anderson
KNIGHT S. ANDERSON, #17216-53
*Attorney for Defendant Ameridose, LLC*


**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing has been filed with the Clerk of the Court on January 14, 2013 using the CM/ECF system which sent notification of this filing to the following:

Richard W. Crowder
211 S. Third Street
Goshen, IN  46526


 /s/ Kameelah Shaheed-Diallo
KAMEELAH SHAHEED-DIALLO


LEWIS WAGNER, LLP
501 Indiana Avenue, Suite 200
Indianapolis, IN  46202-6150
Telephone:     (317) 237-0500
Facsimile:     (317) 630-2790
kshaheed-diallo@lewiswagner.com
Q:\NECC\9 - Rohrer\Federal Court Pleadings\MET.doc