**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | |
|---|---|
| DIANA ROHRER, Individually and DIANA ROHRER and DAWN CUBBERNUSS as co-Administrators of The ESTATE OF DANIEL RICHARD ROHRER, Deceased, <br><br>  Plaintiffs, <br><br> v. <br><br> NEW ENGLAND COMPOUNDING PHARMACY, INC., aka NEW ENGLAND COMPOUNDING CENTER, AMERIDOSE LLC, ALAUNUS PHARMACEUTICAL LLC, BARRY CADDEN, individually, LISA CADDEN, individually, and GREGORY CONIGLIARO, individually, <br><br>  Defendants. | CAUSE NO.: 3:12-cv-00749-JTM-CAN |

**MOTION FOR LEAVE TO WITHDRAW APPEARANCES ON BEHALF OF DEFENDANT, AMERIDOSE, LLC, ONLY**

Pursuant to L.R. 83.8, Dina M. Cox, Robert M. Baker, IV, Kameelah Shaheed-Diallo of Lewis Wagner, LLP request leave of Court to withdraw their Appearances as attorneys for Defendant Ameridose, LLC only. The Law Firm of Tucker Ellis LLP has appeared and is substituted as counsel on behalf of Ameridose, only.

LEWIS WAGNER LLP

By: */s/ Kameelah Shaheed-Diallo*
      DINA M. COX, #18590-49
      KAMEELAH SHAHEED-DIALLO, #28058-49
      ROBERT M. BAKER IV, #25471-49
      *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

      This is to certify that a copy of the foregoing has been filed with the Clerk of the Court on January 14, 2013 using the CM/ECF system which sent notification of this filing to the following:

| | |
|---|---|
| Richard W. Crowder | Knight S. Anderson |
| 211 S Third St | TUCKER ELLIS, LLP |
| Goshen IN 46526 | 925 Euclid Avenue, Suite 1150 |
| *Counsel for Plaintiffs* | Cleveland, OH  44115-1414 |
| | *Counsel for Defendant Ameridose, LLC* |

      /s/ Kameelah Shaheed-Diallo
      KAMEELAH SHAHEED-DIALLO

LEWIS WAGNER, LLP
501 Indiana Avenue, Suite 200
Indianapolis, IN  46202-6150
Telephone:     (317) 237-0500
Facsimile:     (317) 630-2790
kshaheed-diallo@lewiswagner.com
\\lwfilesrv\DOCS\NECC\9 - Rohrer\Federal Court Pleadings\withdrawal_appearance_Ameridose.docx