UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| DIANA ROHRER, Individually and ) | |
| DIANA ROHRER and DAWN ) | |
| CUBBERNUSS as co-Administrators of ) | |
| The ESTATE OF DANIEL RICHARD ) | |
| ROHRER, Deceased, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CAUSE NO.:  3:12-cv-00749-JTM-CAN |
| ) | |
| NEW ENGLAND COMPOUNDING ) | |
| PHARMACY, INC., aka NEW ENGLAND ) | |
| COMPOUNDING CENTER, AMERIDOSE) | |
| LLC, ALAUNUS PHARMACEUTICAL ) | |
| LLC, BARRY CADDEN, individually, ) | |
| LISA CADDEN, individually, and ) | |
| GREGORY CONIGLIARO, individually, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT ALAUNUS PHARMACEUTICAL, LLC'S MOTION TO DISMISS

Defendant, Alaunus Pharmaceutical, LLC ("Alaunus"), by counsel, moves to dismiss Plaintiffs' Complaint, as to Alaunus, with prejudice, pursuant to Federal Rule of Civil Procedure 12(b)(6).  As fully set forth in Alaunus's accompanying brief, simultaneously filed herewith, Plaintiffs' Complaint fails to set forth a viable claim for relief and must be dismissed.

WHEREFORE, Defendant Alaunus Pharmaceutical, LLC respectfully requests that Plaintiff's Complaint, as to Alaunus, dismissed in its entirety, with prejudice, pursuant to Federal Rule of Civil Procedure 12(b)(6).

LEWIS WAGNER LLP


By:   /s/ Kameelah Shaheed-Diallo
      DINA M. COX, #18590-49
      KAMEELAH SHAHEED-DIALLO, #28058-49
      ROBERT M. BAKER IV, #25471-49
      JANELLE M. KILIES, #30708-49
      *Attorneys for Defendant Alaunus Pharmaceutical LLC*

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been filed with the Clerk of the Court on February 6, 2013 using the CM/ECF system which sent notification of this filing to the following:

Richard W. Crowder
211 S Third St
Goshen IN 46526
*Counsel for Plaintiffs*

Knight S. Anderson
TUCKER ELLIS, LLP
925 Euclid Avenue, Suite 1150
Cleveland, OH  44115-1414
*Counsel for Defendant Ameridose, LLC*

William N. Riley
Jamie R. Kendall
PRICE WAICUKAUSKI & RILEY, LLC
301 Massachusetts Ave.
Indianapolis, IN  46204
*Counsel for Plaintiffs*


  /s/ Kameelah Shaheed-Diallo
KAMEELAH SHAHEED-DIALLO

LEWIS WAGNER, LLP
501 Indiana Avenue, Suite 200
Indianapolis, IN  46202-6150
Telephone:   (317) 237-0500
Facsimile:   (317) 630-2790
kshaheed-diallo@lewiswagner.com
Q:\NECC\9 - Rohrer\Federal Court Pleadings\Alaunus MTD.doc

2