## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## SOUTH BEND DIVISION

| | |
|---|---|
| DIANA ROHRER, Individually and DIANA ROHRER and DAWN CUBBERNUSS as co-Administrators of The ESTATE OF DANIEL RICHARD ROHRER, Deceased,<br><br>　　　　　Plaintiffs,<br>v.<br><br>NEW ENGLAND COMPOUNDING PHARMACY, INC., aka NEW ENGLAND COMPOUNDING CENTER, AMERIDOSE LLC, ALAUNUS PHARMACEUTICAL LLC, BARRY CADDEN, individually, LISA CADDEN, individually, and GREGORY CONIGLIARO, individually,<br><br>　　　　　Defendants. | CAUSE NO.: 3:12-cv-00749-JTM-CAN |

### UNOPPOSED MOTION FOR EXTENSION OF TIME
### TO RESPOND TO PLAINTIFF'S COMPLAINT

Pursuant to L.R. 6.1., Defendants Barry Cadden, Lisa Cadden and Greg Conigliaro ("Defendants"), by counsel, hereby move this Court for an extension of time to respond to Plaintiff's Complaint, up to and including March 27, 2013. Defendants' Answer is currently due February 25, 2013. Plaintiff's counsel has been consulted and has no objection to the requested extension.

WHEREFORE, Defendants, by counsel, pray for an Order allowing Defendants up to and including March 27, 2013 to respond to Plaintiff's Complaint, and for all other relief just and proper in the premises.

LEWIS WAGNER LLP

By: */s/ Kameelah Shaheed-Diallo*
DINA M. COX, #18590-49
KAMEELAH SHAHEED-DIALLO, #28058-49
ROBERT M. BAKER IV, #25471-49
JANELLE M. KILIES, #30708-49
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been filed with the Clerk of the Court on February 19, 2013 using the CM/ECF system which sent notification of this filing to the following:

Richard W. Crowder
211 S Third St
Goshen IN 46526
*Counsel for Plaintiffs*

Knight S. Anderson
TUCKER ELLIS, LLP
925 Euclid Avenue, Suite 1150
Cleveland, OH  44115-1414
*Counsel for Defendant Ameridose, LLC*

William N. Riley
Jamie R. Kendall
PRICE WAICUKAUSKI & RILEY, LLC
301 Massachusetts Ave.
Indianapolis, IN  46204
*Counsel for Plaintiffs*

*/s/ Kameelah Shaheed-Diallo*
KAMEELAH SHAHEED-DIALLO

LEWIS WAGNER, LLP
501 Indiana Avenue, Suite 200
Indianapolis, IN  46202-6150
Telephone:    (317) 237-0500
Facsimile:     (317) 630-2790
kshaheed-diallo@lewiswagner.com
Q:\NECC\9 - Rohrer\Federal Court Pleadings\2nd_MET.docx