UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| DIANA ROHRER, Individually and DIANA ROHRER and DAWN CUBBERNUSS as Co-Administrators of the ESTATE OF DANIEL RICHARD ROHRER, Deceased, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No.: 3:12-cv-749 |
| v. | ) ) | |
| NEW ENGLAND COMPOUNDING PHARMACY, INC. aka NEW ENGLAND COMPOUNDING CENTER, AMERIDOSE LLC, and ALAUNUS PHARMACEUTICAL, LLC, and BARRY CADDEN and LISA CADDEN, Individually, and GREGORY CONIGLIARO, Individually, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT ALAUNUS PHARMACEUTICAL, LLC'S MOTION TO DISMISS**

Plaintiffs, by counsel, hereby move this Court for an extension of time to respond to Defendant Alaunus Pharmaceutical, LLC's (hereinafter "Alaunus") Motion to Dismiss, up to and including March 28, 2013. Plaintiffs' response is currently due February 26, 2013. Alaunus' counsel has been consulted and has no objection to the requested extension.

WHEREFORE, Plaintiffs, by counsel, pray for an Order allowing Plaintiffs up to and including March 28, 2013 to respond to Defendant Alaunus' Motion to Dismiss, and for all other relief just and proper in the premises.

Dated: February 20, 2013

Respectfully submitted:

PRICE WAICUKAUSKI & RILEY, LLC

s/ Jamie R. Kendall
William N. Riley (#14941-49)
Jamie R. Kendall (#25124-49A)
301 Massachusetts Avenue
Indianapolis, Indiana 46204
(317) 633-8787
(317) 633-8797 Fax
E-Mail: wriley@price-law.com
            jkendall@price-law.com

Counsel for Plaintiffs

### CERTIFICATE OF SERVICE

I hereby certify that an exact and true copy of the foregoing has been filed electronically on this 20th day of February, 2013.  Notice of this filing will be sent to the following party by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system:

Dina M. Cox
Kameela Shaheed-Diallo
Robert M. Baker, IV
LEWIS WAGNER LLP
501 Indiana Avenue, Suite 200
Indianapolis, IN  46202-3199
dcox@lewiswagner.com
kshaheed-diallo@lewiswagner.com
rbaker@lewiswagner.com

Knight S. Anderson
TUCKER ELLIS LLP
925 Euclid Avenue, Suite 1150
Cleveland, OH  44115-1414
knight.anderson@tuckerellis.com

Richard W. Crowder
211 South Third Street
Goshen, IN  46256
crowderlaw@gmail.com

s/ Jamie R. Kendall
Jamie R. Kendall