UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| DIANA ROHRER, Individually and DIANA ROHRER and DAWN CUBBERNUSS as co-Administrators of The ESTATE OF DANIEL RICHARD ROHRER, Deceased,<br><br>Plaintiffs,<br><br>v.<br><br>NEW ENGLAND COMPOUNDING PHARMACY INC. aka NEW ENGLAND COMPOUNDING CENTER, et al.<br><br>Defendants. | CASE NO. 12-cv-00749-JVB-CAN<br><br>JUDGE: JOSEPH S. VAN BOKKELEN<br><br>**NOTICE OF APPEARANCE** |

Please take notice that Knight S. Anderson of Tucker Ellis LLP hereby enters his appearance for Defendant Ameridose, LLC. Please note on the Docket and direct all future communications, pleadings, and court notices to the undersigned counsel.

Dated this 22nd day of February, 2013

        Respectfully submitted,

        *s/ Knight S. Anderson*
        Knight S. Anderson (17216-53)
        Tucker Ellis LLP
        925 Euclid Avenue, Suite 1150
        Cleveland, OH 44115-1414
        Tel:    216.592.5000
        Fax:    216.592.5009
        E-mail:   knight.anderson@tuckerellis.com

        *Attorney for Defendant Ameridose LLC*

## **CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing has been filed with the Clerk of the Court on February 22, 2013 using the ECF system that sent notification of this filing to all ECF-registered counsel of record via e-mail generated by the Court's ECF system.

        */s/Knight S. Anderson*
        *Attorney for Defendant Ameridose, LLC*