UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| DIANA ROHRER, Individually and DIANA ROHRER and DAWN CUBBERNUSS as co-Administrators of The ESTATE OF DANIEL RICHARD ROHRER, Deceased,<br><br>Plaintiffs,<br><br>v.<br><br>NEW ENGLAND COMPOUNDING PHARMACY INC. aka NEW ENGLAND COMPOUNDING CENTER, et al.<br><br>Defendants. | CASE NO. 12-cv-00749-JTM-CAN<br><br>JUDGE: JOSEPH S. VAN BOKKELEN |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Pursuant to L.R. 6.1., Defendant Ameridose, LLC ("Defendant"), by counsel, hereby moves this Court for an extension of time to respond to Plaintiff's Complaint, up to and including March 25, 2013. Defendant's Answer is currently due February 25, 2013. Plaintiff's counsel has been consulted and has no objection to the requested extension

WHEREFORE, Defendant, by counsel, pray for an Order allowing Defendant up to and including March 25, 2013 to respond to Plaintiff's Complaint, and for all other relief just and proper in the premises.

Respectfully submitted,

*s/ Knight S. Anderson*
Knight S. Anderson (17216-53)
Tucker Ellis LLP
925 Euclid Avenue, Suite 1150
Cleveland, OH 44115-1414
Tel:     216.592.5000
Fax:    216.592.5009
E-mail:   knight.anderson@tuckerellis.com

*Attorney for Defendant Ameridose LLC*

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been filed with the Clerk of the Court on February 22, 2013 using the ECF system that sent notification of this filing to all ECF-registered counsel of record via e-mail generated by the Court's ECF system.

*/s/Knight S. Anderson*
*Attorney for Defendant Ameridose, LLC*